1  NANCY E. PRITIKIN, Bar No. 102392
   RONALD D. ARENA, Bar No. 218421
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:  415.433.1940
5
   Attorneys for Defendant
6  LENSCRAFTERS, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | FELICE MARTINEZ on behalf of herself   | Case No.
      and others similarly situated,
11 |                                         | C08-01699
                    Plaintiffs,             | DECLARATION OF PEGGY MANNIX IN
12 |                                         | SUPPORT OF DEFENDANT
             v.                              | LENSCRAFTERS, INC. NOTICE OF
13 |                                         | REMOVAL OF ACTION PURSUANT TO
      LENSCRAFTERS, INC.; and DOES 1 to     | 28 U.S.C. §§ 1332(d), 1441(b) & 1446(b)
14 | 50, inclusive,
                                             | Complaint filed: February 14, 2008
15 |                Defendants.              | Trial Date: None set

16

17         I, Peggy Mannix, hereby declare as follows:

18         1.    I am the Senior Manager HRIS for LensCrafters, Inc. and am authorized to

19  make this verification for and on behalf of Defendant LENSCRAFTERS, INC. ("Defendant"). I

20  make this Declaration in support of Defendant's Notice of Removal of Action Pursuant to 28 U.S.C.

21  §§ 1332(d), 1441(d) and 1446(b).  All of the information set forth herein is based on my personal

22  knowledge, or on information and belief, and upon my review of reports provided regarding

23  Defendant's business, and if called and sworn as a witness, I could and would competently testify

24  thereto.

25         2.    In my capacity as Senior Manager HRIS, I am readily familiar with

26  Defendant's human resources data sources and have access to information concerning Defendant's

27  associates. In my capacity as Senior Manager HRIS, I am also familiar with the reports generated

28  regarding Defendant's associates. In my capacity as Senior Manager HRIS, I am also required to be

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DECLARATION OF PEGGY MANNIX IN
SUPPORT OF DEFENDANT'S REMOVAL

1 familiar with, and am familiar with, Defendant's state of incorporation and its principal place of
2 business.

3. From March 1, 2006 to March 14, 2008, Defendant employed approximately 139 individuals who held the title of "General Manager" (including "Licensed General Manager") and 169 individuals who held the title of "Retail Manager" (including "Licensed Retail Manager") in California.

    a. From February 14, 2007 to February 14, 2008 Defendant employed approximately 124 General Managers and 144 Retail Managers.

    b. From March 1, 2006 until March 14, 2008, approximately 30 General Managers and 41 Retail Managers in California left Defendant's employ.

4. The approximate average hourly wage for General Managers is $25.18.

5. The approximate average hourly wage for Retail Managers is $19.67.

6. Defendant is incorporated in Ohio and has its principal place of business in Mason, Ohio.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 27th day of March, 2008 at Mason, OH.

_____
PEGGY MANNIX

Firmwide:84695765.1 052266.1029

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF PEGGY MANNIX IN SUPPORT OF DEFENDANT'S REMOVAL     2.