NANCY E. PRITIKIN, Bar No. 102392
RONALD D. ARENA, Bar No. 218421
SOFIJA VERZICH, Bar No. 221602
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:    415.433.1940
Fax:          415.399.8490
Email:        nepritikin@littler.com
Email:        rarena@littler.com

Attorneys for Defendant
LENSCRAFTERS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE MARTINEZ, on behalf of herself and others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>LENSCRAFTERS, INC.; and DOES 1 to 50, inclusive,,<br><br>Defendants. | Case No. **C08-01699** WDB<br><br>**DEFENDANT LENSCRAFTERS, INC. CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-16]<br><br>Trial Date:       None set<br>Complaint Filed: February 14, 2008<br><br>Alameda Co. Superior Court No. RG08371402 |

TO THE JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA FOR THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF FELICE MARTINEZ AND HER ATTORNEY OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: March 28, 2008

*/s/ Ronald D. Arena*
RONALD D. ARENA
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LENSCRAFTERS, INC.

Firmwide:84674940.2 052266.1029

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT LENSCRAFTERS, INC.
NOTICE OF INTERESTED PARTIES