NANCY E. PRITIKIN, Bar No. 102392
RONALD D. ARENA, Bar No. 218421
SOFIJA VERZICH, Bar No. 221602
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:    415.433.1940
Fax:          415.399.8490
Email:        npritikin@littler.com
Email:        rarena@littler.com

Attorneys for Defendant
LENSCRAFTERS, INC.

E-filing

MAR 28 2008

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE MARTINEZ, on behalf of herself and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>LENSCRAFTERS, INC.; and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. C08-01699 WDB<br><br>**DEFENDANT LENSCRAFTERS, INC.'S DISCLOSURE STATEMENT** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DISCLOSURE STATEMENT

TO THE CLERK OF THE ABOVE-ENTITLED COURT; PLAINTIFF FELICE MARTINEZ AND HER ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN, pursuant to the Federal Rules of Civil Procedure 7.1 that Defendant LensCrafters, Inc. is a wholly owned subsidiary of The United States Shoe Corporation. The United States Shoe Corporation, in turn, is wholly owned (through intermediate entities) by Luxottica Group S.p.A., which is publicly traded. No other publicly held company owns more than 10% of the stock of either LensCrafters, Inc or The United States Shoe Corporation.

Dated: March 28, 2008

RONALD D. ARENA
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LENSCRAFTERS, INC.

Firmwide:84695687.1 052266.1029

DISCLOSURE STATEMENT                        2.