1  NANCY E. PRITIKIN, Bar No. 102392
   RONALD D. ARENA, Bar No. 218421
2  SOFIJA VERZICH, Bar No. 221602
   LITTLER MENDELSON, P.C.
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
   Fax:         415.399.8490
5  Email:       nepritikin@littler.com
   Email:       rarena@littler.com
6
   Attorneys for Defendant
7  LENSCRAFTERS, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | FELICE MARTINEZ, on behalf of herself | Case No.  C08-1699 WDB
   | and others similarly situated,
12 |                                       | **PROOF OF SERVICE BY OVERNIGHT**
   |           Plaintiffs,                 | **DELIVERY**
13 |
   |     v.
14 |
   | LENSCRAFTERS, INC.; and DOES 1 to
15 | 50, inclusive,
   |
16 |           Defendants.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

PROOF OF SERVICE BY OVERNIGHT
DELIVERY

Case No. C08-1699 WDB

**PROOF OF SERVICE BY OVERNIGHT DELIVERY**

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On March 28, 2008, I deposited with Federal Express, a true and correct copy of the within documents:

CIVIL COVER SHEET

DEFENDANT LENSCRAFTERS, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§1332(D), 1441(B) & 1446(B)

DECLARATION OF RONALD D. ARENA IN SUPPORT OF DEFENDANT LENSCRAFTERS, INC. NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§1332(D), 1441(B) & 1446(B)

DECLARATION OF PEGGY MANNIX IN SUPPORT OF DEFENDANT LENSCRAFTERS, INC. NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§1332(D), 1441(B) & 1446(B)

DEFENDANT LENSCRAFTERS, INC. CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

DEFENDANT LENSCRAFTERS, INC.'S DISCLOSURE STATEMENT

DEFENDANT LENSCRAFTERS, INC.'S REQUEST FOR JUDICIAL NOTICE

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

U.S. DISTRICT COURT NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

U.S. DISTRICT COURT ECF REGISTRATION INFORMATION HANDOUT

in a sealed envelope, addressed as follows:

George R. Kingsley, Esq.
Kingsley & Kingsley, APC
16133 Ventura Blvd.
Suite 1200
Encino, CA 91436

*Attorneys for Plaintiffs*
FELICE MARTINEZ, et al.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE BY OVERNIGHT DELIVERY

Case No. C08-1699 WDB

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 28, 2008, at San Francisco, California.

_____
Barbra K. Kearney

Firmwide:84726535.1 052266.1029

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE BY OVERNIGHT DELIVERY

Case No. C08-1699 WDB