**KINGSLEY & KINGSLEY, APC**
**GEORGE R. KINGSLEY, ESQ. SBN-38022**
**ERIC B. KINGSLEY, ESQ.  SBN-185123**
eric@kingsleykingsley.com
**16133 VENTURA BL., SUITE 700**
**ENCINO, CA 91436**
**(818) 990-8300, FAX (818) 990-2903**

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE MARTINEZ, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LENSCRAFTERS, INC.; and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE NO.: C08-01699 WDB<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Local Rule 3-16] |

TO THE UNITED STATES DISTRICT COURT AND ALL PARTIES TO THIS ACTION:

Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

DATED: March 31, 2008

KINGSLEY & KINGSLEY, APC

By:_____
**ERIC B. KINGSLEY**
**Attorney for Plaintiff**

**(PROOF OF SERVICE BY MAIL - 1013a, 2015.5 C.C.P.)**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county aforesaid, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 16133 Ventura Boulevard, Suite 1200, Encino, California 91436.

On **March 31, 2008**, I served the foregoing document described as **CERTIFICATION AS TO INTERESTED PARTIES LOCAL RULE 83-1.5** on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

NANCY E. PRITIKIN
RONALD D. ARENA
SOFIJA VERZICH
LITTLER MENDELSON, PC
650 California St., 20th Floor
San Francisco, CA 94108

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary court of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I delivered such envelope by hand to the offices of the addressee.

☐ BY EMAIL: A pdf copy of which was sent via email to the above email address(es).

☐ BY FEDERAL EXPRESS: I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice, it would be deposited in the Federal Express drop-off box located at 16133 Ventura Bl., 1st Floor, Encino, CA 91436, on that same day, in the ordinary course of business.

☒ FEDERAL   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_J. HALL_