```
 1  NANCY E. PRITIKIN, Bar No. 102392
    RONALD D. ARENA, Bar No. 218421
 2  SOFIJA VERZICH, Bar No. 221602
    LITTLER MENDELSON, P.C.
 3  650 California Street, 20th Floor
    San Francisco, CA  94108.2693
 4  Telephone:    415.433.1940
 5  Fax No.:      415.399.8490
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE MARTINEZ, on behalf of herself and others similarly situated,<br>　　　　Plaintiff(s),<br><br>　　v.<br><br>LENSCRAFTERS, INC.: AND DOES 1 to 50, inclusive,<br>　　　　Defendant(s). | No. C **C08-01699**<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  April 14, 2008        Signature _____
　　　　　　　　　　　　　　　　　　　　　RONALD D. ARENA
　　　　　　　　　　　　　　　　Counsel for _Defendant_____
　　　　　　　　　　　　　　　　(Plaintiff, Defendant, or indicate "pro se")