KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY, ESQ. SBN-38022
gkingsley@kingsleykingsley.com
ERIC B. KINGSLEY, ESQ.  SBN-185123
ekingsley@kingsleykingsley.com
DARREN M. COHEN, ESQ.   SBN-221938
dcohen@kingsleykingsley.com
ELANA R. LEVINE, ESQ.    SBN-234155
llevine@kingsleykingsley.com
16133 VENTURA BLVD., SUITE 1200
ENCINO, CA 91436
(818) 990-8300, FAX (818) 990-2903

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE MARTINEZ, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENSCRAFTERS, INC.;<br><br>Defendants. | CASE NO.: C08-01699 PJH<br><br>STIPULATION TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND [PROPOSED] ORDER |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their attorneys of record that:

1.     That plaintiffs may be allowed to file a First Amended Class Action Complaint filed concurrently with this stipulation, adding Labor Code §2699 penalties.

2.     This Stipulation is being made without prejudice to defendant's right to challenge the sufficiency of the new allegations asserted in the Complaint.

1

**IT IS SO STIPULATED:**

DATED: April 30, 2008     KINGSLEY & KINGSLEY, APC

By: _____
ERIC B. KINGSLEY
Attorneys for Plaintiffs

DATED: April 24, 2008     LITTLER MENDELSON, APC

By: _____
RONALD D. ARENA
Attorneys for Defendant

**IT IS SO ORDERED:**

**DATED:** _____, 2008

_____
**UNITED STATES DISTRICT COURT JUDGE**