**KINGSLEY & KINGSLEY, APC**
**GEORGE R. KINGSLEY, ESQ. SBN-38022**
gkingsley@kingsleykingsley.com
**ERIC B. KINGSLEY, ESQ. SBN-185123**
ekingsley@kingsleykingsley.com
**DARREN M. COHEN, ESQ. SBN-221938**
dcohen@kingsleykingsley.com
**ELANA R. LEVINE, ESQ. SBN-234155**
llevine@kingsleykingsley.com
**16133 VENTURA BLVD., SUITE 1200**
**ENCINO, CA 91436**
**(818) 990-8300, FAX (818) 990-2903**

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE MARTINEZ, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENSCRAFTERS, INC.;<br><br>Defendants. | CASE NO.: C08-01699 PJH<br><br>STIPULATION TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND [P~~ROPOSED~~] ORDER |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their attorneys of record that:

1. That plaintiffs may be allowed to file a First Amended Class Action Complaint filed concurrently with this stipulation, adding Labor Code §2699 penalties.

2. This Stipulation is being made without prejudice to defendant's right to challenge the sufficiency of the new allegations asserted in the Complaint.

1

**IT IS SO STIPULATED:**

DATED: April 30, 2008        KINGSLEY & KINGSLEY, APC

By: _____
ERIC B. KINGSLEY
Attorneys for Plaintiffs

DATED: April 24, 2008        LITTLER MENDELSON, APC

By: _____
RONALD D. ARENA
Attorneys for Defendant

**IT IS SO ORDERED:**

DATED: May 8, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

STIPULATION TO FILE FIRST AMENDED CLASS ACTION COMPLAINT PROPOSED ORDER