1  **KINGSLEY & KINGSLEY, APC**
   **GEORGE R. KINGSLEY, ESQ.** SBN-38022
2  gkingsley@kingsleykingsley.com
   **ERIC B. KINGSLEY, ESQ.** SBN-185123
3  ekingsley@kingsleykingsley.com
   **DARREN M. COHEN, ESQ.**     SBN-221938
4  dcohen@kingsleykingsley.com
   **ELANA R. LEVINE, ESQ.**     SBN-234155
5  llevine@kingsleykingsley.com
   **16133 VENTURA BLVD., SUITE 1200**
6  **ENCINO, CA 91436**
   **(818) 990-8300, FAX (818) 990-2903**
7
   **Attorneys for Plaintiffs**
8

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12

13
   FELICE MARTINEZ, on            )    **CASE NO.: C08-01699 PJH**
14 behalf of herself and          )
   others similarly situated,     )    **STIPULATION TO FILE FIRST**
15                                 )    **AMENDED CLASS ACTION**
                   Plaintiffs,     )    **COMPLAINT AND [PROPOSED]**
16                                 )    **ORDER**
   v.                             )
17                                 )
   LENSCRAFTERS, INC.;            )
18                                 )
                   Defendants.     )
19 _____ )

20

21      **IT IS HEREBY STIPULATED** by and between the parties in this action through

22 their attorneys of record that:

23

24      1.      That plaintiffs may be allowed to file a First Amended Class Action

25 Complaint filed concurrently with this stipulation, adding Labor Code §2699 penalties.

26      2.      This Stipulation is being made without prejudice to defendant's right to

27 challenge the sufficiency of the new allegations asserted in the Complaint.

28

                                      1

1  **IT IS SO STIPULATED:**

2

3  DATED: April 30, 2008          KINGSLEY & KINGSLEY, APC

4
                                  By:_____
5                                     ERIC B. KINGSLEY

6                                     Attorneys for Plaintiffs

7
   DATED: April 24, 2008          LITTLER MENDELSON, APC
8

9                                 By:_____
                                      RONALD D. ARENA
10                                    Attorneys for Defendant

11

12
   **IT IS SO ORDERED:**
13

14 **DATED:** May 8 _____, **2008**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2