**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓     Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓     other   OCTOBER 24, 2008

IT IS SO ORDERED.

Dated:_____       _____

                                            UNITED STATES MAGISTRATE JUDGE