UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FELICE MARTINEZ,

               Plaintiff(s),

v.

LENSCRAFTERS, INC.

               Defendant(s).

CASE NO. C 08-1699 PJH

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR *(please identify process and provider)* _____
PRIVATE MEDIATION WITH MICHAEL LOEB.

The parties agree to hold the ADR session by: October 24, 2008
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 7/16/08

Dated: 7-16-08

Attorney for Plaintiff
Elana R. Levine

Attorney for Defendant
Nancy E. Pritikin
Richard Rahm

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✓ Private ADR

    Deadline for ADR session
- 90 days from the date of this order.
- ✓ other  OCTOBER 24, 2008

IT IS SO ORDERED.

Dated:_____

                                                                UNITED STATES MAGISTRATE JUDGE