UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** July 24, 2008                                                                 **JUDGE:** Phyllis J. Hamilton


**Case No:** C-08-1699 PJH

**Case Name:** Felice Martinez v. Lenscrafters, Inc.

**Attorney(s) for Plaintiff:**      Eric Kingsley
**Attorney(s) for Defendant:**   Richard Rahn

**Deputy Clerk**: Nichole Heuerman                          **Court Reporter**: Not Reported

### PROCEEDINGS

    Initial Case Management Conference-Held.  The deadline for the parties to complete private mediation is extended to January 31, 2009.  The court sets a further case management conference on February 5, 2009 at 2:30 p.m.  A joint case management conference statement shall be filed by January 29, 2009.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** file; ADR