NANCY E. PRITIKIN, Bar No. 102392
RICHARD H. RAHM, Bar No. 130728
SOFIJA ANDERSON, Bar No. 221602
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940

Attorneys for Defendant
LENSCRAFTERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FELICE MARTINEZ, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENSCRAFTERS, INC.; DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.  C08-01699 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LENSCRAFTERS, INC.'S MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56**<br><br>Date: April 22, 2009<br>Time:  9:00 a.m.<br>Court: 5<br><br>Before the Honorable Phyllis J. Hamilton |

LensCrafters, Inc.'s ("Defendant") motion for summary judgment under Fed. R. Civ. P. 56 came on regularly for hearing before this Court on April 22, 2009.  After full consideration of the evidence and the authorities submitted by counsel, as well as counsel's oral argument, the court finds there is no triable issue of material fact in this action and that Defendant LensCrafters, Inc. is entitled to summary judgment as a matter of law on the following grounds:

    1.    All six of Plaintiff's causes of action are barred because she executed a valid waiver of any and all claims, known and unknown, against LensCrafters as consideration for her receipt of settlement proceeds in a previous class action against the Company.

IT IS THEREFORE ORDERED that Defendant's motion for summary judgment is GRANTED and that judgment shall be entered forthwith in favor of Defendant LensCrafters, Inc. and against Plaintiff Felice Martinez.

Dated: _____, 2009

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Firmwide:88857736.1 052266.1029

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940