KINGSLEY & KINGSLEY, APC
George R. Kingsley, Esq. SBN-38022
gkingsley@kingsleykingsley.com
Eric B. Kingsley, SBN -185123
ekingsley@kingsleykingsley.com
Kevin M. Zietz, Esq. SBN-186244
kzietz@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel (818) 990-8300, Fax (818) 990-2903

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE MARTINEZ, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LENSCRAFTERS, INC.; and DOES 1 to 50, Inclusive,<br><br>    Defendants. | CASE NO.: CV 08-01699 PJH<br><br>[Assigned for all purposes to:<br>Hon. Phyllis J. Hamilton]<br><br>**Amended NOTICE OF SETTLEMENT**<br>(to Amend Caption of [Proposed Order] |

**TO THIS HONORABLE COURT:**

**PLEASE TAKE NOTE THAT** the parties in the above-captioned class-action lawsuit have reached a tentative settlement subject to court approval. Plaintiff will request a Motion for Preliminary Approval of Settlement hearing date within 60 days after the parties execute the Memorandum of Understanding currently being drafted by the parties.

DATED: April 2, 2009          KINGSLEY & KINGSLEY, APC

                                              /S/
                                By: _____
                                    KEVIN M. ZIETZ
                                    **Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE MARTINEZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>LENSCRAFTERS, INC.; and DOES 1 to 50, Inclusive,<br><br>　　　　　　Defendants. | CASE NO.: C 08-01699 PJH<br><br>[Assigned for all purposes to:<br>Hon. Phyllis J. Hamilton]<br><br>**AMENDED: [PROPOSED] ORDER RE VACATING DATES PURSUANT TO NOTICE OF SETTLEMENT** |

## ~~PROPOSED~~ ORDER

Pursuant to the Notice of Settlement filed by plaintiff, the April 9, 2009 Further Case Management Conference, and the April 22, 2009 hearing date on Defendant's Motion for Summary Judgement, are vacated.

Dated: __April 6__, 2009        By: _____
　　　　　　　　　　　　　　　　　　　HON. PHYLLIS J. HAMILTON

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]

---

1

**PROPOSED ORDER RE DISMISSAL**