UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE MARTINEZ, on behalf of herself and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LENSCRAFTERS, INC.; DOES 1 to 50, Inclusive,<br><br>　　　　Defendant. | CASE NO.: C08-01699 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING FINAL APPROVAL TO CLASS ACTION SETTLEMENT, AND AWARD OF ATTORNEY'S FEES AND COSTS TO KINGSLEY & KINGSLEY, APC, AND CLASS REPRESENTATIVE ENHANCEMENT TO THE NAMED PLAINTIFFS<br><br>JUDGE:　Hon. Phyllis J. Hamilton |

Plaintiff has moved this Court for final approval of the Settlement and has submitted documents in support thereof. No opposition to Plaintiff's motion was filed. Plaintiff's motion came for hearing before this Court on April 14, 2010 at 9:00 a.m., in Courtroom 3 of the United States District Court for the Northern District of California, pursuant to noticed motion and notice to the Certified Settlement Class. Counsel for the parties was present.

The Court, having fully considered Plaintiff's motion, the Memorandum of Points and Authorities filed in support thereof, the declarations filed in support thereof, the Settlement Agreement itself, and oral argument presented to this Court and on that basis the Court HEREBY ORDERS AND MAKES DETERMINATION as follows:

1.   **ORDER FINALLY APPROVING THE SETTLEMENT CLASS AND APPOINTING CLASS REPRESENTATIVE AND CLASS COUNSEL:**

The Court finds that certification of the Settlement Class, as defined below, for settlement purposes only, is appropriate under Federal Rule of Civil Procedure 23 and related case law:

The "Settlement Class" consists of:

> "All employees of Defendant LensCrafters, Inc. who were employed in California from March 1, 2006, until the date of preliminary approval of this action (November 19, 2009) and who were or are classified as Retail Managers or General Managers."

The Court finds that this Class meets ascertainability, numerosity, commonality, and typicality requirements to justify certification and that resolution of this matter through class action is superior to other available methods. The Court finds that (1) Plaintiff FELICE MARTINEZ is an adequate class representative and appoints her as such, and (2) Plaintiff's counsel has adequately represented the Class, and their appointment as Class Counsel is confirmed. Accordingly, the Court finally certifies the Class described above for settlement purposes only.

2.   **FINAL APPROVAL OF NOTICE PROGRAM:**

Pursuant to the Court's preliminary approval order, the approved form Notice was mailed to the Class Members by first class mail. The Notice informed Class Members of the terms of the Settlement, their opportunity to file claims or to opt-out, to file written objections, and to appear in person or by counsel at the fairness hearing. The Court finds these procedures afforded protections to Class Members and provide the basis for the Court to make an informed decision respecting approval of the Settlement. The Court further finds that the Notice provided in this case was the best practicable notice and satisfied the requirements of Federal Rule of Civil Procedure 23 and Constitutional due process.

///

///

3.   FINAL APPROVAL OF THE SETTLEMENT AGREEMENT:

The Court has reviewed the Settlement Agreement and finds that the settlement is fair, adequate and reasonable when balanced against the possible outcomes of further litigation relating to class certification, liability and damages. The Court further finds that extensive investigation, informal and formal discovery, and research have been conducted such that counsel for all parties are able to reasonably evaluate their respective positions. The Court also finds that settlement at this time will avoid additional substantial costs such as those that have already been incurred by both parties and will avoid delay and risks that would be presented by further prosecution of the litigation. The Court finds that the Settlement has been reached after intensive, serious and non-collusive at arm's-length negotiations.

Taking into account (1) the value of the Settlement, (2) the risks inherent in continued litigation, (3) the extent of discovery completed and the stage of litigation when Settlement was reached, (4) the complexity, expense and likely duration of the litigation in the absence of settlement, and (5) the experience and views of Class Counsel, the Court finds that the Settlement is fair, adequate, reasonable and deserves this Court's final approval.

Pursuant to the terms of the Stipulation of Settlement, in exchange for the Class Members agreeing to release the Released Claims, Defendant agreed to pay a maximum settlement amount of f $400,000.00, which is inclusive of attorney fees and costs to Class Counsel in the amount of $100,000.00. The Court finds that the Settlement is fair, reasonable and adequate in all respects. The Court further finds that the Settlement was made in good faith, negotiated at arm's-length and represents the best interests of the parties. Accordingly, the Court orders the parties to consummate the Settlement in accordance with the terms of the Stipulation of Settlement.

Neither this Final Order, the accompanying Judgment nor the Settlement shall constitute an admission by Defendant of any liability or wrongdoing whatsoever, nor is this Final Order a finding of the validity or invalidity of any claims in the action or a

_____3_____

finding of wrongdoing by defendant.

4. **DISMISSAL AND RELEASE**

In accordance with the terms of the Settlement Agreement, this action shall be dismissed on the merits and with prejudice, with each party bearing its own costs, except as provided in the Settlement Agreement.

Without affecting the finality of the Final Order and the accompanying Judgment, the Court reserves the continuing and exclusive jurisdiction over the parties to the Settlement Agreement to administer, supervise, construe and enforce the Settlement Agreement in accordance with its terms of the mutual benefit of the parties.

5. **FINAL AWARD OF ATTORNEYS' FEES AND COSTS, AND CLASS REPRESENTATIVES' ENHANCEMENTS:**

The Court finds that Class Counsel, Kingsley & Kingsley, APC, having conferred a benefit on absent Settlement Class Members and having expended efforts to secure compensation to the Class, are entitled to a fee, and accordingly, the Court approves the application by Kingsley & Kingsley, APC for attorneys' fees in the amount of $87,172.31 and litigation costs of $12,827.69. These amounts are payable directly by Defendant as set forth in the Stipulation of Settlement.

The Court further approves the Class Representative Enhancement to Plaintiff FELICE MARTINEZ in the amount of $1,000.00. This amount is payable as set forth in the Stipulation of Settlement.

6. **CLAIMS ADMINISTRATION:**

The Court approves that Rosenthal & Company LLC. will administer the Settlement and further directs defendants to pay the settlement amounts according to the Stipulation of Settlement.

///
///
///
///

The Court further approves the payment of class administration fees to Rosenthal & Company LLC. in an amount up to $38,000.00.

**IT IS SO ORDERED**

**DATED:** April 15, **2010**

